Harvey C. Brooks, III
637 North West 99th Terr.
Coral Springs, FL   33071
321-243-6312, hcbrooks@att.net



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Wilkie D. Ferguson, Jr. U. S. Courthouse
### 400 North Miami Avenue
### Miami, FL   33128

| | |
|---|---|
| **HARVEY C. BROOKS, III,** | : |
| **Plaintiff** | : |
| v. | : Civil Action No. TBA |
| **Robert Wilkie, Jr, Secretary,** | : |
| **U. S. Department of Veterans Affairs,** | : |
| **Defendant.** | : Bench Decision Requested |

## COMPLAINT

### PRELIMINARY STATEMENT

This is an employment-related action for violations of the Plaintiff's civil rights and other rights granted under the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"), Family Medical Leave Act (FMLA), and Rehabilitation Act of 1973.  Plaintiff alleges that he was denied a reasonable accommodation (telework), was not selected to a GS-12 position, was counseled, was issued a Letter of Reprimand; and his request for FMLA was delayed based on his race, disability, and prior protected EEO activities.

### JURISDICTION AND VENUE

1

1. This Court has jurisdiction pursuant to 29 U.S.C. § 701, Rehabilitation Act of 1973; 28 U.S.C. §§ 1331, Civil Rights Act of 1964, Title VII; and Family Medical Leave Act.

2. The unlawful employment practices alleged below were committed and/or executed by supervisory personnel of the Department of Veterans Affairs ("the employer"). The claims arise from events that took place in 2017 through the present, from where Plaintiff was employed and was discriminated against based on his race, disability, and for his prior EEO activities. Accordingly, venue lies in the United States District Court for the Southern District of Florida.

## PARTIES

3. The pro se Plaintiff, Harvey C. Brooks, III, is an adult individual who has a mailing address of 637 North West 99th Terr. Coral Springs, FL with zip code 33071. His email is: hcbrooks@att.net.

4. At all relevant time, Plaintiff was an Information Technology Specialist, GS-2210-11.

5. The Defendant, Robert Wilkie, Jr., is Secretary of the Department of Veterans Affairs, which is headquartered at 810 Vermont Avenue, NW, Room 1000, Washington, DC 20420-0001.

6. At all relevant time, David Sargent was Assistant Area Manager, Plaintiff's first level supervisor at 1201 NW 16th St. Miami, FL 33125.

7. At all relevant time, Anthony Brooks, no relations to Plaintiff, was Area Manager, Plaintiff's second level supervisor at the facility cited above.

8. The Department of Veterans Affairs engages in commerce for the purposes of Rehabilitation Act, Title VII, and FMLA and qualifies as an employer within the meaning of the statute and regulations at issue in this case.

## STATEMENT OF FACTS

11. Since 2007 Plaintiff has been employed by the Department of Veterans Affairs as IT Specialist, GS-11.

12. Plaintiff is an African-American.

*Plaintiff's Disability*

13. In 1995 Plaintiff was diagnosed with Anxiety.

14. In 2011 Plaintiff was diagnosed with Adjustment Disorder.

15. In 2011 Plaintiff was diagnosed with PTSD.

16. Due to impairments identified above, Plaintiff's major life activities are interfered as follows: unable to concentrate, overwhelmed, unable to drive a vehicle in traffic congestion, unable to be in a room with a large group of people.

*Plaintiff's Prior Protected Activities*

17. Plaintiff had filed EEO complainants in 2009, 2010, 2013, 2014, 2016 as follows: 2001-0546-2009103977, 2001-0005-2010101064, 2001-0005-2013103113, 2001-0005-2014103289, 2001-0005-2016100845.

18. David Sargent, Assistant Area Manager, became aware of Plaintiff's prior EEO complaints since 2013.

19. Anthony Brooks, Area Manager, was named as the responsible management official in Plaintiff's 2016 EEO complaint.

3

20. On February 13, 2018 Plaintiff filed a formal EEO complaint: 20DR-0005-2018102116.

21. On September 6, 2018 Plaintiff filed a formal EEO complaint (20DR-0005-2018105587).

22. On June 12, 2019 Plaintiff filed a formal EEO complaint (20DR-0005-2019103614).

**The Plaintiff alleges that based on his race (African-American), disability (PTSD, anxiety) and his prior protected EEO activities, he was discriminated and retaliated against as follows:**

23. Since October 25, 2017 to present, Plaintiff's request for reasonable accommodation (full-time telework) was denied by David Sargent, Assistant Area manager.

24. On August 2, 2018 Anthony Brooks, Area Manager, issued Plaintiff a Letter of Reprimand for disrupting the work environment and improper use of government equipment.

25. On November 5, 2018 David Sargent and Anthony Brooks denied Plaintiff's request to attend the virtual Security Plus training.

26. On March 27, 2019 Anthony Brooks (no relations), Area Manager, verbally counseled

27. On or about April 23, 2019, Plaintiff was not selected for the IT Specialist (GS-12) position (vacancy announcement No: CASB-10439113-19-ALV).

28. Plaintiff's April 29, 2019 request for FMLA leave was delayed and approved in the last week of May 2019.

*Others Similar Situated Individuals Who were Treated More Favorably*

29. Dennis Rennock, IT Specialist, GS-2210-11, Black with no prior EEO activity, sent email on Feb. 26, 2018 regarding "Go Fund Me Page" for farewell luncheon in honor of Adrienne's retirement. He was not counseled or reprimanded.

30. Dennis Rennock, did not directly apply, was not named on the Certification, was interviewed and also selected for the GS-12 IT Specialist position, to which Plaintiff (with better qualification) was not selected.

31. Jarler R. Martinez, Hispanic, with no prior EEO activity, was selected to the GS-12 IT Specialist position, to which Plaintiff (with better qualification) was not selected.

32. Danny A. Tenorio, Caucasian with no prior EEO activity, was selected to the GS-12 IT Specialist position, to which Plaintiff (with better qualification) was not selected.

33. Erik J. Arroyo, Hispanic with no prior EEO activity, was selected to the GS-12 IT Specialist position, to which Plaintiff (with better qualification) was not selected.

34. Daniel Lemasters, Caucasian with no prior EEO activity, was unqualified to apply for the GS-12 IT Specialist position in question. However, he was interviewed, was actively couched by David Sargent and selected for the GS-12 IT Specialist position.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

35. On January 25, 2018 Plaintiff initiated contact with an EEO counselor. On February 13, 2018 Plaintiff filed a formal EEO complaint: 20DR-0005-2018102116. On March 5, 2018 VACO District Manager, L. Marie Anderson accepted Plaintiff claim involving the January 26, 2018 denial of reasonable accommodation.

36. On August 7, 2018 Plaintiff initiated contact with an EEO counselor. On September 6, 2018 he filed a formal EEO complaint (20DR-0005-2018105587) regarding the August 2, 2018 Letter of Reprimand issued by David Sargent, Assistant Area Manager.

37. On November 7, 2018 L. Marie Anderson, VACO District Manager, accepted the amended complaint involving the Nov. 5, 2018 denial of Plaintiff's request to attend the virtual Security Plus training.

38. On September 11, 2019 EEOC Administrative Judge (AJ) Kimberly Greenleaf, Miami District Office, issued a scheduling order for an initial conference on the two above docketed matter: 20DR-0005-2018102116, -2018105587; EEOC docket numbers 510-2018-00402X and 510-2019-00205X. These matters were currently pending at the EEOC, awaiting AJ's ruling on the Defendant's motion for summary judgment, but was transferred on July 02, 2020 to OEDCA for a Final Agency Decision.

39. On April 23, 2019 Plaintiff initiated contact with an EEO counselor. On June 12, 2019 he filed a formal EEO complaint (20DR-0005-2019103614) regarding, among others, non-selection to the GS-12 IT Specialist position in April 2019, delayed FMLA approval in April and May 2019. On July 7, 2020 the Defendant was issued the Final Agency Decision determining that Plaintiff was subjected to retaliation when he was issued a verbal counseling and a Letter of Expectations, while finding no discrimination or retaliation on all other issues alleged as discriminatory and/or retaliatory, including non selection to the GS-12 IT Specialist position and the denial of reasonable accommodation (telework).

40. On all three matters more than 180 days have lapsed since the time of filing their respective formal EEO complaints. The matters are ripe for filing the instant complaint with the federal District Court.

## REMEDIES and RELIEF

41. Plaintiff seek appropriate remedies, pecuniary and non-pecuniary, including but not limited to immediate reinstatement to the GS-12 IT Specialist position he sought to be awarded with telework, 5 days a week, as reasonable accommodation based on his disability. Plaintiff also seeks lost wages in salary differential between his current wages and the wages he could have earned had he been selected to the GS-12 IT Specialist position. Plaintiff also seek non-pecuniary damages related to deterioration of his mental conditions and pain and suffering he's enduring throughout the course of events alleged in this complaint as discriminatory and retaliation.

## NO JURY DEMAND

42. The Plaintiff herein hereby a bench decision on all issues in this action.

WHEREFORE, the Plaintiff respectfully requests that the Court enter judgment in his favor and against the Defendant.

Respectfully Submitted,

*/s/ Harvey C. Brooks, III*
Harvey C. Brooks, III
637 North West 99th Terr.
Coral Springs, FL    33071
321-243-6312, hcbrooks@att.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the above was served on the entity identified below on the date of the signature below by means indicated below:

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Wilkie D. Ferguson, Jr. U. S. Courthouse
400 North Miami Avenue
Miami, FL   33128

Via Hand Delivery.

Robert Wilkie, Jr., Secretary of Veterans Affairs
Office of the Secretary, US Department of Veterans Affairs
810 Vermont Avenue, NW, Room 1000
Washington, DC   20420-0001

Via Priority Mail

Ariana Fajardo Orshan, U.S. Attorney
U.S. Attorney Office, Dept. of Justice
99 N.E. 4th Street
Miami, FL   33132

Via Priority Mail

July 28, 2020

Harvey C. Brooks, III
637 North West 99th Terr.
Coral Springs, FL   33071
321-243-6312,
hcbrooks@att.net

9