UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23114-BLOOM/Louis

HARVEY C. BROOKS, III,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Request to Register with the Court's Electronic Case Filing (ECF) System, ECF No. [24] ("Motion").[1]

Rule 5(d)(3)(B), Fed. R. Civ. P., provides that *pro se* litigants "may file electronically only if allowed by court order or by local rule" and "may be required to file electronically only by court order, or by a local rule that includes reasonable exceptions." Southern District of Florida Local Rule 5.1(b), moreover, states that *pro se* parties are exempted from the service and filing of documents via CM/ECF "pursuant to Section 2C of the CM/ECF Administrative Procedures." That section, in turn, directs that

> Pro se litigants will ***not*** be permitted to register as Users at this time and must file their documents in the conventional manner, unless otherwise allowed by court order or by local rule. Pro se litigants may access the electronic record at the public counter in the Clerk's Office in all divisions or through PACER. Pro se litigants will be served and noticed by U.S. mail or in person (or, if agreed, by email), unless there is consent to receive notices electronically as indicated below.

*Id.* (emphasis added).

---

[1] The Motion inaccurately requests that Plaintiff be permitted to register with, access, and file pleadings via the ECF system for the United States District Court for the Eastern District of Pennsylvania, rather than this district.

Case No. 20-cv-23114-BLOOM/Louis

The Court has been advised that the NextGen system is not updated to allow *pro se* filings. Although efforts are underway to allow *pro se* filings through CM/ECF, the system does not permit *pro se* parties to electronically file court documents with the Clerk's office at this time. Therefore, until such time as the Clerk's office can process *pro se* electronic filings, Plaintiff must file documents through the conventional method.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [24]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 4, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Harvey C. Brooks, III
637 NW 99th Terrace
Coral Springs, FL 33071
321-243-6312
Email: hcbrooks@att.net